# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBIN DI NUOVA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; HEALTH NET, INC. LONG TERM DISABILITY PLAN; and DOES 1 to 10, Inclusive,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-02552-JAM-EFB<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>**[Filed concurrently with Stipulation to Dismiss]** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed as to all parties, with prejudice, and in its entirety. Each party is to bear their own attorneys' fees and costs.

DATED: 2/21/2018　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE